FILED
CLERK U.S. DISTRICT COURT

JUL -9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN LUCERO, on her own behalf and as successor in interest to FRED J. LUCERO; minors M.M.L., R.T.L., and K.A.L., by and through KATHLEEN LUCERO, SARRAH LISA LUCERO, ERIK LUCERO, VICTOR LUCERO and PAUL LUCERO<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, t/d/b/a/ AMTRAK; and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:11-CV-05267-SVW (SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

Priority ____
Send ____
Enter ____
Closed ____
~~JS-5~~/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

## ORDER TO DISMISS WITH PREJUDICE

For the reasons set forth in the STIPULATION TO DISMISS WITH PREJUDICE, this action brought by Plaintiffs, KATHLEEN LUCERO, on her own behalf and as successor in interest to FRED J. LUCERO; minors M.M.L., R.T.L., and K.A.L., by and through KATHLEEN LUCERO, SARRAH LISA LUCERO, ERIK LUCERO, VICTOR LUCERO and PAUL LUCERO is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1  Notwithstanding the dismissal of this action, the U.S. District Court retains
2  jurisdiction to oversee compliance with the terms of this Agreement and to resolve
3  any motions to modify such terms. See *Kokkonen v. Guardian Life Ins. Co. of*
4  *America*, 511 U.S. 375 (1994).

6  **IT IS SO ORDERED:**

10  DATED: ~~June~~ July 9, 2012    By _____
11                                 Stephen Victor Wilson
12                                 United States District Judge